IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 690 |
| | : | |
| APPOINTMENT TO COURT OF | : | SUPREME COURT RULES DOCKET |
| | : | |
| JUDICIAL DISCIPLINE | : | |

# **O R D E R**

PER CURIAM:

AND NOW, this 19th day of February, 2016, Cathy A. Hardaway,* Lackawanna County, is hereby appointed as a member of the Court of Judicial Discipline for a term of four years.

*Non-lawyer elector

Justice Eakin did not participate in the consideration or decision of this matter.